# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>Mark Alan Deakins<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:21-MJ-96<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

Please see attached affidavit of Samuel Moore, Special Agent, FBI

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel Moore, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 2, 2021

_____
*Judge's signature*

City and state: Chattanooga, TN

Christopher H. Steger, United States Magistrate Judge
*Printed name and title*