# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AGAINST MARK ALAN DEAKINS FOR VIOLATION OF 18 U.S.C. § 2251(a). | Case No. 1:21-mj-96 <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## A CRMINAL COMPLAINT

I, Samuel K. Moore, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement agencies and partners, and on my experience and training as a Special Agent of the FBI. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of a violation of Title 18, United States Code, Section 2251(a) has occurred. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), currently assigned to the Knoxville Division, Chattanooga, Tennessee Resident Agency. I have been employed as a Special Agent for 12 years. I have investigated federal criminal violations related to counter-terrorism, domestic terrorism, criminal enterprise, human trafficking, and crimes against children. I have received formal training and have participated in numerous arrest and search warrants in a variety of investigative matters. As a federal agent, I am authorized to investigate violations of laws of the United States, and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted for the limited purpose of establishing probable cause that MARK ALAN DEAKINS, age 61, currently residing at 2305 Wilder Street, Chattanooga, Tennessee 37406, has violated Title 18, United States Code, Section 2251(a).

## PROBABLE CAUSE

There is probable cause to believe that MARK ALAN DEAKINS violated Title 18, United States Code, Section 2251(a) based on the facts set forth below.

4. The Affiant met with Detective Steve Hope of the Red Bank, Tennessee, Police Department on May 27th, 2021, who informed him about a complaint involving MARK ALAN DEAKINS (DEAKINS). On May 17th, 2021, a complainant provided a Driver's License and Tennessee Probation Identification Card of DEAKINS along with a series of thumb drives to the Lafayette, Georgia, Police Department that she stated contained child pornography (CSAM). The complainant stated that she had given a young male a ride on May 16th, 2021, and that when she dropped the passenger off, whom she described as no more than 17, he had left behind a small bag in her vehicle including the identification cards, thumb drives, and video tapes. The complainant stated that she was curious and began to review some of the thumb drives that night when she discovered multiple CSAM videos of an adult male and very young juvenile males including the images of an adult male known to her. The complainant then reached out to the individual she believed she knew who stated that the images depicted were taken by DEAKINS when he was very young and that he believed that DEAKINS was charged and convicted of child molestation out of Red Bank, Tennessee. At this point, Lafayette Police reached out to Red Bank, Tennessee Police for assistance. The Affiant also spoke with the original complainant and verified the details of the abandoned thumb drives and identification cards.

5.      On May 27th, 2021, after reviewing the thumb drives, the Affiant found evidence of multiple file folders containing images and names of at minimum 17 young juvenile males over a period of 20 years nude exposing their penises and anal cavities, juvenile males engaged in oral and anal sex with an adult male, and juvenile males engaged in sexually explicit activity with other young male children. In a majority of these images and videos, an individual matching the description of DEAKINS is also observed nude and engaged in sexual activity with some of the juvenile males. Additionally, file folders entitled "JG"[1] and "JGX" were discovered. Upon review of the JG folders, a series of CSAM images and videos were discovered that according to the image metadata and naming conventions were taken between June and September of 2018. Images discovered with location data were entered into Pic2Map Photo Location Viewer and these images registered within 200 feet of 2305 Wilder Street, Chattanooga, Tennessee. This imagery including an adult male pulling down the underwear of a sleeping male child under the age of 12 exposing their penis, images of the same male child erect and holding a ruler to his penis, images of the same child nude and showering, images of the child's hand on an adult male penis, images of an adult male penis pressed up against a sleeping child with his penis exposed, close up images of the child's erect penis, and videos of the same nude male child seemingly being directed to hold a handheld mirror up to display his anal cavity. Videos were also observed of the same male child in a living room area nude and sitting in the lap of an adult male who is pressing the child onto his lap and massaging his back and placing his hand near his genital area.

---

[1] The folder contained the full name of the individual, but I have reduced the name to initials to protect the victim's identity.

6. The videos were found to be taken on a webcam and images were found to be taken on a Samsung SM-G930V Mobile Device. This device used to record the images was an item that was manufactured outside the state of Tennessee and thus had been transported across state lines after being manufactured. The adult male depicted in the CSAM videos again closely matched the description of DEAKINS.

7. On June 1st, 2021, the Affiant visited and photographed the exterior of 2305 Wilder Street, which upon review of the exterior composition of the residence and a review of the interior of the room where the 2018 videos were taken closely match, to include window placement and a window air conditioner unit placement.

## DEFENDANT INFORMATION AND CRIMINAL HISTORY

8. A CLEAR report on DEAKINS revealed the following identifiers:

MARK ALAN DEAKINS; SSN: 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; DOB: 01/22/1960; 2305 Wilder Street Chattanooga, TN 37406

Criminal History -- Convictions: Especially Aggravated Sexual Exploitation of a Minor, Sexual Battery, and Statutory Rape (Sex Offender).

DEAKINS was also found to have been the subject of an FBI federal interstate flight to avoid prosecution case in 2001.

Employment: Pilgrims Pride

Vehicles registered/associated with defendant: Kia Soul (TN) Tag 7M41D5; Ford Econoline E150 (TN) Tag W5105L; Buick LeSabre (TN) Tag 9G55K1; Ford Econoline Van E250 (TN)

Tag OM15J8 (Note: This vehicle was observed parked unoccupied at the Wilder Street address on 05/27/21).

9. An NCIC photograph that the Affiant observed of DEAKINS matched the photograph of the adult male seen in the videos with the young male taken in 2018 from what appears to be DEAKINS' residence. Affiant also saw other images of the juvenile male, non-CSAM, including one where the child was holding Kindergarten graduation certificate dated 05-25-17.

## **CONCLUSION**

10. Based on the foregoing, there is probable cause to believe that MARK ALAN DEAKINS violated Title 18, United States Code, Section 2251(a). Your Affiant respectfully requests the Court issue an arrest warrant for MARK ALAN DEAKINS.

Respectfully submitted,

Samuel K. Moore
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this

2nd day of June 2021.

HONORABLE CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE