# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:21–cr–00058–CEA–SKL

MARK ALAN DEAKINS

### ORDER OF DETENTION PENDING TRIAL

Defendant Mark Alan Deakins appeared for a detention hearing before the undersigned on June 22, 2021. Defendant was advised of the right to a detention hearing. Upon being duly sworn, and with advice of counsel, defendant waived the right to a detention hearing with the understanding that a hearing will be granted at a later date on motion of defendant. Pending further hearings in this matter, defendant shall be held in custody by the United States Marshal and produced for future hearings.

ENTER.

s/Christopher H Steger
UNITED STATES MAGISTRATE JUDGE