UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Petitioner,

    v.

MARK DEAKINS,

    Defendant.

No. 1:21-cr-58
Judges Atchley/Lee

## NOTICE OF NO OBJECTION TO MOTION FOR PROTECTIVE ORDER

Defendant Mark Deakins, through undersigned counsel, respectfully files this notice of no objection to the Government's motion for protective order.

On July 22, 2021, the United States filed a motion for protective order (Doc No. 17). On August 5, Mark Deakins, thorough undersigned counsel, requested additional time to respond to the Government's motion (Doc. No. 21). Undersigned counsel has had ample opportunity to review evidence that's pertinent to the Government's motion. Moreover, undersigned counsel has reviewed the legal basis for the Government's motion with Mr. Deakins. After careful consideration of the issue, undersigned counsel has no objection to the Government's motion for protective order.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By:   *s/ J. Damon Burk*
J. Damon Burk
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, Tennessee 37402
Damon_Burk@fd.org
(423) 756-4349
WA Bar # 41352