# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:21-cr-58 |
| v. ) | Judges Atchley/Lee |
| ) | |
| MARK ALAN DEAKINS ) | |

## GOVERNMENT'S EXHIBIT LIST

Comes now the United States of America, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, and James T. Brooks and Steven S. Neff, Assistant United States Attorneys, and offers the following list of exhibits:

| Exhibit No. | Description | Offered | Accepted | FRE | Witness |
|---|---|---|---|---|---|
| A | Thumb Drives Containing Images Related to C.C. [Exhibits 1-4, 6] | | | 404 414 901 | C.C. SA Moore |
| B | Thumb Drives Containing Images Related to B.A. [Exhibits 7(b)-8] | | | 404 414 901 | B.A. SA Moore |
| C | Thumb Drives Containing Images Related to J.G. [Exhibits 11-15] | | | 404 414 901 | J.G. SA Moore |
| D | External Hard Drive Containing Exhibits Excluding A-C | | | 404 414 901 | SA Moore |
| 1 | 10 Images C.C. [Found on Exhibit 28 (Q4) and 29 (Q13)] | | | 404 414 901 | C.C. & SA Moore |
| 2 | 1 Video C.C. [Found on Exhibit 17 (K1)] | | | 404 414 901 | C.C. & SA Moore |
| 3 | 1 Image C.C. [Found on Exhibit 27 (Q6)] | | | 404 414 901 | C.C. & SA Moore |

1

| | | | | | |
|---|---|---|---|---|---|
| 4 | 21 Images C.C. [Found on Exhibit 29(Q13)] | | | 404 414 901 | C.C. & SA Moore |
| 5(a) | C.C. Sand Sculpture [Found on Exhibit 19 (K3)] | | | 401 901 | C.C. & SA Moore |
| 5(b) | C.C. Deakins Sand Sculpture [Found on Exhibit 19(K3)] | | | 401 901 | C.C. & SA Moore |
| 5(c) | C.C. Ocala National Forest [Found on Exhibit 19(K3)] | | | 401 901 | C.C. & SA Moore |
| 5(d) | Deakins Ocala National Forest [Found on Exhibit 19(K3)] | | | 401 901 | C.C. & SA Moore |
| 5(e) | C.C. Beach-Truck [Found on Exhibit 19(K3)] | | | 401 901 | C.C. & SA Moore |
| 5(f) | C.C. Sea World [Found on Exhibit 19(K3)] | | | 401 901 | C.C. & SA Moore |
| 6 | 3 Videos C.C. [Found on Exhibit 17(K1)] | | | 401 901 | C.C. & SA Moore |
| 7(a) | Photograph of 221 Culver Street | | | 401 901 | B.A. & SA Moore |
| 7(b) | 6 Videos & 2 Images B.A. [Found on Exhibit 17(K1)] | | | 401 901 | B.A. & SA Moore |
| 8 | 6 Images B.A. [Found on Exhibit 19(K3)] | | | 401 901 | B.A. & SA Moore |
| 9(a) | Photograph Exterior Wilder Street | | | 401 901 | J.G. & SA Moore |
| 9(b) | Photograph Exterior Shed Wilder Street | | | 401 901 | J.G. & SA Moore |
| 10(a) | Interior of Wilder Street-Shower | | | 401 901 | J.G. & SA Moore |
| 10(b) | Interior of Wilder Street-Bedroom 1 | | | 401 901 | J.G. & SA Moore |

| | | | | | |
|---|---|---|---|---|---|
| 10(c) | Interior of Wilder Street-Bedroom 1 Bookcase | | | 401 901 | J.G. & SA Moore |
| 10(d) | Interior of Wilder Street-Living Room A/C | | | 401 901 | J.G. & SA Moore |
| 10(e) | Interior of Wilder Street-Living Room Desk | | | 401 901 | J.G. & SA Moore |
| 11 | 1 Image J.G. [Found on Exhibit 19(K3)] | | | 401 901 | J.G. & SA Moore |
| 12 | 1 Image J.G./Hand [Found on Exhibit 19(K3)] | | | 401 901 | J.G. & SA Moore |
| 13 | 10 Images J.G. [Found on Exhibit 19(K3)] | | | 401 901 | J.G. & SA Moore |
| 14 | 1 Video J.G.-Mirror [Found on Exhibit 19(K3)] | | | 401 901 | J.G. & SA Moore |
| 15 | 1 Video J.G. Lap [Found on Exhibit 19(K3)] | | | 401 901 | J.G. & SA Moore |
| 16(a) | Pouch with ID's | | | 401 901 | SA Moore |
| 16(b) | Photograph of Pouch and IDs to substitute for the record | | | 401 901 | SA Moore |
| 17(a) | K1- thumb drive | | | 401 901 | SA Moore |
| 17(b) | Photograph of 17(a) K1 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |
| 17(c) | Content from 17(a) K1 | | | 401 901 | SA Moore |
| 18(a) | K2- thumb drive | | | 401 901 | SA Moore |
| 18(b) | Photograph of 18(a) K2 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |

| | | | | | |
|---|---|---|---|---|---|
| 18(c) | Content from 18(a) K2 | | | 401 901 | SA Moore |
| 19(a) | K3- thumb drive | | | 401 901 | SA Moore |
| 19(b) | Photograph of 19(a) K3 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |
| 19(c) | Content from 19(a) K3 | | | 401 901 | SA Moore |
| 20(a) | K4- thumb drive | | | 401 901 | SA Moore |
| 20(b) | Photograph of 20(a) K4 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |
| 20(c) | Content from 20(a) K4 | | | 401 901 | SA Moore |
| 21(a) | K5 – thumb drive (no content) | | | 401 901 | SA Moore |
| 21(b) | Photograph of 21(a) K5 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |
| 22(a) | K6 – thumb drive | | | 401 901 | SA Moore |
| 22(b) | Photograph of 22(a) K6 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |
| 22(c) | Content from 22(a) K6 | | | 401 901 | SA Moore |
| 23(a) | K7- thumb drive | | | 401 901 | SA Moore |
| 23(b) | Photograph of 23(a) K7 Thumb Drive to substitute for the record | | | 401 901 | SA Moore |
| 23(c) | Content of 23(a) K7 | | | 401 901 | SA Moore |

| | | | | | |
|---|---|---|---|---|---|
| 24(a) | Diagram of Wilder Street-Main Floor | | | 401 901 | SA Moore |
| 24(b) | Diagram of Wilder Street-Basement | | | 401 901 | SA Moore |
| 24(c) | Location of Images [Exhibits1-8] and [Exhibits 11-15] | | | 401 901 | SA Moore |
| 25 | Deakins Summary Chart Showing K1-K7 Relation to Computers | | | 401 901 | SA Moore |
| 26(a) | Photograph of QKXO5-[Q5] [HP Desktop Bedroom 1] | | | 401 901 | SA Moore |
| 26(b) | 2nd Photograph of QKXO5-[Q5] [HP Desktop Bedroom 1] | | | 401 901 | SA Moore |
| 27(a) | Photograph of QKXO6-[Q6] [HP Desktop Living Room] | | | 401 901 | SA Moore |
| 27(b) | Content of 27(a)-[Q6] | | | 401 901 | SA Moore |
| 28(a) | Photograph of QKXO4-[Q4] [HP Desktop Bedroom 2] | | | 401 901 | SA Moore |
| 28(b) | Content of 28(a)-[Q4] | | | 401 901 | SA Moore |
| 29(a) | Photograph of QKX13-[Q13] [Iomega Disc Bedroom 2] | | | 401 901 | SA Moore |
| 29(b) | Content of 29(a)-[Q13] | | | 401 901 | SA Moore |
| 30(a) | Photograph of QKX14-[Q14] [Iomega Disc Bedroom 2] | | | 401 901 | SA Moore |
| 30(b) | Content of 30(a)-[Q14] | | | 401 901 | SA Moore |
| 31(a) | Photograph of QKX21-[Q21] [Iomega Disc Bedroom 2] | | | 401 901 | SA Moore |
| 31(b) | Content of 31(a)-[Q21] | | | 401 901 | SA Moore |

| | | | | | |
|---|---|---|---|---|---|
| 32(a) | Photograph of QKXO2-[HP Desktop Basement] | | | 401 901 | SA Moore |
| 32(b) | Content of 32(a) Q2 | | | 401 901 | SA Moore |
| 33 | Wendy Tate CV | | | 401 901 | Wendy Tate |
| 34 | Pasquale Rinaldi CV | | | 401 901 | Rinaldi |
| 35(a) | Photograph of Apartment in Florida-Bedroom | | | 401 901 | SA Moore C.C |
| 35(b) | Photograph of Apartment in Florida-Exterior | | | 401 901 | SA Moore C.C. |
| 36 | Samuel Moore CV | | | 401 901 | SA Moore |
| 37(a) | Wilder Street Shed Certified Deed | | | 401 902 | SA Moore |
| 37(b) | Wilder Street House Certified Deed | | | 401 902 | SA Moore |
| 37(c) | Photographs J.G. Compare SW Photographs | | | 401 901 | SA Moore |
| 38 | Deakins Judgment of Conviction-Judgment for Sexual Exploitation of Children-File No. 234286 | | | 401 902 | SA Moore |
| 39 | Deakins Judgment of Conviction-Statutory Rape-File No. 223659 | | | 401 902 | SA Moore |
| 40 | Deakins Judgment of Conviction-Especially Aggravated Sexual Exploitation of Minor – File No. 223635 | | | 401 902 | SA Moore |
| 41 | C.C.'s Birth Certificate | | | 803(9) 902 | C.C. |

| | | | | | |
|---|---|---|---|---|---|
| 42 | B.A.'s Birth Certificate | | | 803(9) 902 | B.A. |
| 43 | J.G.'s Birth Certificate | | | 803(9) 902 | C.C. |
| 44 | Sex Offender Registry Documents | | | 401 902 | Yolanda Ward |
| 45 | HP Laptop (Q84] | | | 401 901 | SA Moore |

                                                Respectfully submitted,

                                                FRANCIS M. HAMILTON III
                                                UNITED STATE ATTORNEY

By:   *s/James T. Brooks*
       JAMES T. BROOKS, BPR #021822
       Assistant United States Attorney
       1110 Market Street, Suite 515
       Chattanooga, Tennessee 3740
       (423) 752-5140
       james.brooks@usdoj.gov

       *s/Steven S. Neff*
       Steven S. Neff, BPR #GA 537187
       Assistant United States Attorney
       1110 Market Street, Suite 515
       Chattanooga, Tennessee 37402
       (423) 752-5140
       steven.neff@usdoj.gov