# UNITED STATES DISTRICT COURT

_____Eastern_____ DISTRICT OF _____Tennessee_____

USA

V.

Mark Deakins

## EXHIBIT AND WITNESS LIST

Case Number: 1:21-cr-58

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Charles E. Atchley, Jr. | James Brooks/Steve Neff | Howard Anderson/Tim Hewitt |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/11/2023 | Elizabeth Coffey | Allison Laster |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 4/11/2023 | | | C.C. - Sworn |
| 41 | | 4/11/2023 | X | X | C.C. Birth Certificate |
| A | | 4/11/2023 | X | X | Thumb Drives containing collective images/video related to C.C. (Exhibits 1-4,6) |
| 1 | | 4/11/2023 | X | X | 10 Images C.C. Found on Exhibit 28 |
| 2 | | 4/11/2023 | X | X | 1 video C.C. Found on Exibit 17 |
| 3 | | 4/11/2023 | X | X | 1 image C.C. Found on Exhibit 27 |
| 4 | | 4/11/2023 | X | X | 21 images C.C. Found on Exhibit 29 |
| 5 | | 4/11/2023 | X | X | Collective a,b,c,d,e,f - Florida Photos (Beach, Ocala National Forest, Truck, Sea World)(ID purp.) |
| 6 | | 4/11/2023 | X | X | 3 videos C.C. Found on Exhibit 17 |
| 35a | | 4/11/2023 | X | X | Current Florida Apartment Pictures (ID purpose) |
| 35b | | 4/11/2023 | X | X | Current Florida Apartment Pictures (ID purpose) |
| W | | 4/11/2023 | | | B.A. - Sworn |
| 42 | | 4/11/2023 | X | X | B.A. Birth Certificate |
| 7a | | 4/11/2023 | X | X | Photo of 221 Culver Street residence |
| B | | 4/11/2023 | X | X | Thumb Drives containing collective images/videos related to B.A. (7(b)-8) |
| 7b | | 4/11/2023 | X | X | 6 videos and 2 images B.A. found on Exhibit 17 |
| 8 | | 4/11/2023 | X | X | 6 images B.A. found on Exhibit 19 |
| W | | 4/11/2023 | | | J.G. - Sworn |
| 43 | | 4/11/2023 | X | X | J.G. Birth Certificate |
| 9a | | 4/11/2023 | X | X | Photo of Exterior Wilder Street |
| 9b | | 4/11/2023 | X | X | Photo of Exterior Shed Wilder Street |
| 10e | | 4/11/2023 | X | X | Photo of Wilder Street - Living Room Desk |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | Mark Deakins | CASE NO. 1:21-cr-58 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 10d | | 4/11/2023 | X | X | Interior of Wilder Street - Living Room A/C unit |
| 10a | | 4/11/2023 | X | X | Interior of Wilder Street - Shower/Bathroom |
| 10b | | 4/11/2023 | X | X | Interior of WIlder Street - Bedroom |
| C | | 4/11/2023 | X | X | Thumb Drives Containing Images/Video Related to J.G. (Exhibits 11-15) |
| 11 | | 4/11/2023 | X | X | 1 Image J.G. found on Exhibit 19 |
| 12 | | 4/11/2023 | X | X | 1 Image J.G. found on Exhibit 19 |
| 13 | | 4/11/2023 | X | X | 10 Images J.G. found on Exhibit 19 |
| 14 | | 4/11/2023 | X | X | 1 video J.G. found on Exhibit 19 |
| 15 | | 4/11/2023 | X | X | 1 video J.G. found on Exhibit 19 |
| W | | 4/11/2023 | | | Agent Samuel Moore, FBI - Sworn |
| 44 | | 4/11/2023 | X | X | Sex Offender Registry Documents |
| 16a | | 4/11/2023 | X | X | Pouch with ID cards |
| 17 a,b | | 4/11/2023 | X | X | K1-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 18 a,b | | 4/11/2023 | X | X | K2-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 19 a,b | | 4/11/2023 | X | X | K3-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 20 a,b | | 4/11/2023 | X | X | K4-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 21 a,b | | 4/11/2023 | X | X | K5-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 22 a,b | | 4/11/2023 | X | X | K6-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 23 a,b | | 4/11/2023 | X | X | K7-thumb drive (a) and photograph of thumb drive to substitute for the record (b) |
| 17c | | 4/11/2023 | X | X | Collective content from 17(a) K1 thumb drive |
| 18c | | 4/11/2023 | X | X | Collective content from 18(a) K2 thumb drive |
| 19c | | 4/11/2023 | X | X | Collective content from 19(a) K3 thumb drive |
| 20c | | 4/11/2023 | X | X | Collective content from 20(a) K4 thumb drive |
| 22c | | 4/11/2023 | X | X | Collective content from 22(a) K6 thumb drive |
| 23c | | 4/11/2023 | X | X | Collective content from 23(a) K7 thumb drive |
| 24a | | 4/11/2023 | X | X | Diagram of Wilder Street residence - Main floor and Arial Photograph (Demonstrative Purpose) |
| 10c | | 4/11/2023 | X | X | Photograph of Interior WIder Street - Bedroom with 1 Bookcase |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | USA | | vs. | Mark Deakins | CASE NO. 1:21-cr-58 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26a | | 4/11/2023 | X | X | Photograph of QKXO5 HP Desktop Computer in Bedroom One |
| 27a | | 4/11/2023 | X | X | Photograph of QKXO6 - HP Desktop Computer in Living Room |
| 27b | | 4/11/2023 | X | X | Collective content of 27a computer |
| 29a | | 4/11/2023 | X | X | Photograph of QKXO13 Iomega Disc in Bedroom Two |
| 28a | | 4/11/2023 | X | X | Photograph of QKXO4 HP Desktop in Bedroom Two |
| 28b | | 4/11/2023 | X | X | Collective content of 28a computer |
| 29b | | 4/11/2023 | X | X | Collective content of 29a Iomega Disc |
| 30a | | 4/11/2023 | X | X | Photograph of QKXO14 Iomega Disc in Bedroom Two |
| 30b | | 4/11/2023 | X | X | Collective content of 30a Iomega Disc |
| 31a | | 4/11/2023 | X | X | Photograph of QKXO21 Iomega Disc |
| 31b | | 4/11/2023 | X | X | Collective content of 31a Iomega Disc |
| 32a | | 4/11/2023 | X | X | Photograph of QKXO2 HP Desktop in Basement |
| 32b | | 4/11/2023 | X | X | Collective content of 32a Iomega Disc |
| 37c | | 4/11/2023 | X | X | J.G. photographs to compare Search Warrant photographs |
| 16b | | 4/11/2023 | X | X | Photograph of pouch and IDs to substitute for the record |
| D | | 4/11/2023 | X | X | External Hard Drive Containing Exhibits Excluding A-C |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |