| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cr-58 |
| ) | |
| ) | Judge Atchley |
| MARK ALAN DEAKINS, ) | |
| ) | Magistrate Judge Lee |
| Defendant. ) | |
| ) | |

## VERDICT FORM
*May 11, 2023*

**THE COURT FINDS THE FOLLOWING:**

*Question 1:*

With respect to the charge in Count ONE of the Third Superseding Indictment for TRANSPORTATION OF A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY in violation of Title 18 U.S.C. § 2421, the Court finds the Defendant MARK ALAN DEAKINS:

_____✓_____ GUILTY          _____ NOT GUILTY

1

*Question 2:*

With respect to the charge in Count TWO of the Third Superseding Indictment for EXPLOITATION OF A CHILD in violation of Title 18 U.S.C. § 2251(a), the Court finds the Defendant MARK ALAN DEAKINS:



____✓____GUILTY    _____NOT GUILTY

*Question 3:*

With respect to the charge in Count THREE of the Third Superseding Indictment for EXPLOITATION OF A CHILD in violation of Title 18 U.S.C. § 2251(a), the Court finds the Defendant MARK ALAN DEAKINS:



____✓____GUILTY    _____NOT GUILTY

*Question 4:*

With respect to the charge in Count FOUR of the Third Superseding Indictment for POSSESSION OF CHILD PORNOGRAPHY in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), the Court finds the Defendant MARK ALAN DEAKINS:



____✓____GUILTY    _____NOT GUILTY

*Question 5:*

With respect to the charge in Count FIVE of the Third Superseding Indictment for PENALTIES FOR REGISTERED SEX OFFENDERS in violation of Title 18 U.S.C. § 2260A, the Court finds the Defendant MARK ALAN DEAKINS:

_____✓_____ GUILTY  _____ NOT GUILTY

*Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

3